UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -  X

                    :

UNITED STATES OF AMERICA

                    :

     - v. -

                    :    **ORDER**

ELISA SUAREZ,
     a/k/a "Elisa Mendez",
     a/k/a "Elisa Suarez Mendez",  :    07 Cr. 358
     a/k/a "Maria Elisa Mendez",
VICTOR VIERA, and
VERONICA SUAREZ,

                    :

              Defendants.   :

- - - - - - - - - - - - - - - -  X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Michael D. Maimin;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      May 8, 2007

*James C. Francis IV*
UNITED STATE MAGISTRATE JUDGE

JAMES C. FRANCIS IV
UNITED STATES        MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK