AUSA Michael D. Maimin
212-637-2238

ORIGINAL

CR 12 (Rev. 6/82)

## WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELISA SUAREZ, a/k/a "Elisa Mendez", a/k/a "Elisa Suarez Mendez", a/k/a "Maria Elisa Mendez", VICTOR VIERA and VERONICA SUAREZ | DOCKET NO.<br>07 CRIM. | MAGISTRATE'S CASE NO.<br>358 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>VICTOR VIERA | |
| WARRANT ISSUED ON THE BASIS OF:    ☐ Order of Court<br>X Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Theft of Government Funds; Conspiracy to Commit Offense or to Defraud the United States

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 8 2007

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>2, 371, 641 | |
|---|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*(signature)* | | DATE ORDERED<br>4-27-07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5/2/07 | NAME AND TITLE OF ARRESTING OFFICER<br>MARTIN SULLIVAN<br>SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER<br>*(signature)* |
|---|---|---|
| DATE EXECUTED<br>5/8/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.