UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR VIERA.

Indictment No.: 07-CR-00358 (RJH)

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK:

You are hereby notified that we represent the defendant Victor Viera in the above-entitled action.

John J. Rapawy (JR6427)
The Law Offices of Louis Grandelli
90 Broad Street - 15th Floor
New York, New York 10004
(212) 668-8400
(212) 483-0918 (fax)
email: john@grandelli.com

Date:   May 24, 2007