JEREMY GUTMAN, ESQ.
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021
TEL: (212) 644-5200
FAX: (212) 486-7701



OCT 16 2007

By **ECF**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 10/25/07 |

October 11, 2007

Re:    United States v. Suarez, 07-cr-00358-RJH

Dear Judge Holwell:

I am writing to request an adjournment of the status conference in this case, currently scheduled for October 19, 2007. I seek this adjournment as I will be out of the country. I have consulted with co-counsel and AUSA Maimin, and, if agreeable to the court, we would like to reschedule the matter to October 31, 2007 at 12:30pm. AUSA Maimin has advised me that the government will consent to an adjournment through October 31st, but not after that date. As such, if October 31st is not a good day for the court, we would request a date earlier that week.

I thank the court for its consideration of this request.

Respectfully,

*Jeremy Gutman*

Jeremy Gutman

*[handwritten annotation:]*
Conference adjourned to
10/31/07 at 12:30 p.m.
Time is excluded under
the Speedy Trial Act
from today to Oct. 31, 2007
in the interests of justice.
SO ORDERED

US DJ
10/16/07