Law Offices of Louis Grandelli, P.C.

90 Broad Street- 15th Floor
New York, New York 10004

_____
Tel. (212)668-8400  GrandelliLaw@aol.com   Fax (212) 483-0918

October 30, 2007

**VIA ELECTRONIC CASE FILING**

The Honorable Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *United States v.Suarez et al.*
           *07-CR-358(RJH)*

Dear Judge Holwell:

  As you are aware, we represent Victor Viera in the above captioned matter. I am writing to request permission of the court to adjourn the status conference currently scheduled for October 31, 2007. I seek this adjournment since we are in the midst of plea negotiations which should be concluded very shortly. I have consulted with co counsel and Assistant United States Attorney Michael Maimin, and if agreeable to the court, we would like to reschedule the matter to November 16, 2007 at 2:30 p.m.. Furthermore, the defense requests that the Court exclude the time under the Speedy Trial Act from October 31, 2007 until November 16, 2007.
  Thank you for your attention to and consideration of this request. Please advise me  if you require any further information.

                Respectfully submitted,

                _____/s/_____
                John J. Rapawy

cc: Assistant United States Attorney Michael Maimin
  Jeremy Gutman Esq.
  Aaron Wallenstein Esq.